# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erica Alvarado,<br><br>        Plaintiff,<br><br>v.<br><br>Northwest Fire District,<br><br>        Defendant. | CV-19-0198-TUC-CKJ<br><br>**JUDGMENT IN CIVIL ACTION** |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of the Defendant and against the Plaintiff.

May 12, 2022

<u>Debra D. Lucas</u>
District Court Executive/Clerk of Court

<u>s/ A. Butler</u>
By   Deputy Clerk